FILED

# United States District Court

### Middle District of Florida
### Orlando Division

2016 JUN 27  AM 9: 56

CLERK
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

JCC

Dr. Die K. Blaise, MS, Pharm.D
1505 Eloise Ct, Kissimmee, FL 34759
407-785-7807
Email: dkouam@protonmail.com
(Plaintiff)
PRO SE

Vs.

Case Number: 6:16-CV-1124-ORL-41TBS

**United States Intelligence Community (IC):**

> Central Intelligence Agency (CIA)
>     (Defendant)

> Defense Intelligence Agency (DIA)
>     (Defendant)

> National Security Agency (NSA)
>     (Defendant)

> Federal Bureau of Investigation (FBI)
>     (Defendant)

> Drug Enforcement Agency (DEA)
>     (Defendant)

**United States Congress:**

> United States Senate Intelligence Committee
>     Mr. Richard Burr, Chairman
>     (Defendant)

> United States House of Representatives
>     Mr. Paul D. Ryan, Speaker of the House
>     (Defendant)

## Parties

Die K. Blaise, Pharm.D, MS.  (Plaintiff) U.S. registered pharmacist in the commonwealth of Virginia and the state of Florida.

**United States Intelligence Community (IC):**



FILED

Central Intelligence Agency (CIA), Defendant

Defense Intelligence Agency (DIA), Defendant

National Security Agency (NSA), Defendant

Federal Bureau of Investigation (FBI), Defendant

Drug Enforcement Agency (DEA), Defendant

2016 JUN 27  AM 9: 56

MIDDLE DISTRICT FLORIDA
ORLANDO, FL

**United States Senate Intelligence Committee, Defendant**
        Mr. Richard Burr, Chairman

**United States House of Representatives, Defendant**
        Mr. Paul D. Ryan, Speaker of the House

# Complaint and Demand for Jury Trial

**Introduction**

This lawsuit is a result of a nationwide human right violation, abuse, intimidation, murder attempt and infliction of human body injury. This is a massive covert operation by a US Defense or Intelligence Agency. In another word, this is a repeat of operation MK-ULTRA. This lawsuit reveals the ability of the US military and intelligence agencies to use ElectroMagnetic Frequency (EMF) devices to conduct non consensual experimentation on US citizens. EMF devices are used to intimidate, harass and potentially kill individuals who file complaints. This lawsuit also describes the US covert electronic torture operation and the power of the US government to violate its own constitution, destroy and violate any citizen right in the United states without being accountable for the crime. This is a major human right violation in the United States of America that affects millions of US citizens. A sample of people with similar complaints is listed in exhibit 64.


**Grounds for Jurisdiction**:


During the past 6 years, I filed several complaints for civil right violation against the FBI and the USPS via ground and electronic mail. All complaints were not delivered including those sent through USPS as Certified Mails. The most recent complaints are shown in Exhibits 3, 4 and 5.

On November 28th, 2015, I filed a Tort Claim against the FBI and DEA. The Tort Claim was sent via Certified mail on December 2nd, 2016 to Federal Tort Claim Act section of the U.S. Department of Justice, Civil Division at 1331 Pennsylvania Avenue, N.W. Washington DC Suite 800. The Federal Tort Claim Act Civil Division of the U.S. Department of Justice forwarded the Tort claim to the FBI and DEA. I called both Agencies at the contacts provided, but they told me that they never received any tort claim. Ms. Gwen Harris from the DEA asked me to send her a copy, but the FBI constantly hanged up on me or put me on hold and ignored me for several minutes. The perpetrator's of the US Intelligence Agency is retaliating for the tort claim by spraying toxic chemical on my way and intensifying the electronic torture. In some occasions, I have seen the chemical spraying under the car directly in front of me on the road. In other occasions where I park in public parking, they come near me and spray the toxic chemical. Starting April 6 2016, their new chemical weapons is smoke. They deliver that smoke through cigarette, big long pipe and another device that looks like a bicker with a long tube attached. After I inhale the chemical on my pathway, they zap or radiate me at night while I am asleep. The intoxication of the chemical makes the zapping or radiation more effective. Also, the chemical disrupts my blood chemistry i.e Sodium, Chloride, Calcium, Potassium and Magnesium. These chemicals are important for regulating the cardiovascular system. On May 23, 2016 one of their perpetrators spraying toxic smoke from a tube attached to his belt. I confronted him and attempted to take his picture. See Exhibit 82 and 83 (Video) as he hides his face. On April 5, 2016, they use microwave radiation on my head. The pain was so intense that I woke up and did not want to sleep any more. They can see through the house either from cameras they installed or through the use of special police scanner that see through houses.

In search for assistance to find the root and purpose of this illegal surveillance, chemical, physical and mental abuse by one or more of the US intelligence agencies, I turned to the Federal Bureau Investigation (FBI) and the Florida Polk County Sheriff office. Unfortunately the FBI and the Sheriff office neglect my complaints resulting in more electronic abuse and civil right violation. In addition to this negligence on the part of the local and federal law enforcement, Deputy Joshua Jones and his Lieutenant treat to continue baker act me if I file another complaint.

## **Complaints**

I have been abused by government officials for several years. Abuse ranges from illegal

surveillance to electronic torture with emphasis of causing physical disability

and death. I made several complaints to either the local police or called directly

the FBI local office. Despite my complaints to local and federal law enforcements, the various

types of torture, intimidation, civil rights violation and the abuse continue. The perpetrator of the

government agency told my employers that I am addicted to narcotic drugs and that my

employers should watch me. This claim is not substantiated and the law enforcements or the

intelligence agencies cannot proved it as I have no history of drug abuse.  All unannounced drug

test ordered by any of my employers had been negative for the past 15 years. Because of

this false claim by the DEA or FBI, employers behave proactively to terminate my

employments. On 03/31/2016, I worked at Target store 2445 in Pensacola, FL for the first time.

Upon my arrival at the store and showed my Pharmacist license and driver license to the

manager on duty Mr. Mitchel Price, he responded that **this is the one**.  At the end of the shift,

Mr. Price called a phone number and gave the person at the other end of the phone a reference

number.  He then said Mr Blaise has completed the job and he is exiting the building now.  He

just said that in front of me.  It was 4:18 am.  This is another incident that shows that they have a

surveillance on me.  In addition to this illegal surveillance, they are attempting to disable me

with organ failure or kill me and make it look like it was a natural death by using

Electromagnetic Frequency (EMF) radiation.  They act with Virginia Employment Commission

(VEC) to deny my unemployment claims. My phone calls are taped, intercepted, disrupted with

loud noise and mostly disconnected. My calls can't connect in most cases regardless of the

proximity with the nearest cell tower. My internet traffics are intercepted, rerouted

and emails are read by the US government covert agents.

**US Government Clandestine Intrusion of my home and other evidences**

 In mid August 2011, I took my family to a vacation in Florida.  During the week of our vacation,

my house in Stafford, Virginia was illegally in the hand of US government intelligence and law

enforcement.  The house has a home security alarm system operated by Brinks Security Inc and

several cameras I installed.  Someone who appears to be a law officer illegally broke into my

house on 08/14/2011. Evidence was captured by one of my surveillance cameras and shown is

shown below in Exhibit 1.( See enclosed DVD or Multimedia Folder for video footage)

I called Stafford police, and a deputy arrived and took the report. The deputy upon reviewing the

video frame concluded that the intruder is a federal agent and  not a Stafford Police Officer. The



above video/picture (include in DVD as Exhibit 1) shows an officer in T or Polo shirt and a gun

on his belt. The video was captured in the family room from the reflection of the fireplace glass

door. The illegal intrusion was made possible despite the double lock system on the doors and

the Security Alarm.  This clandestine intrusion by US  intelligence Agencies does not fall within

the framework of the law and violate the US constitution. Regardless of my complaints, they

broke into my house in Kissimmee, florida several times.   Another illegal home intrusion was

November 3rd, 2015 between 5:29 am and 8:14 am as evidence shows on Exhibit 2 below. One

of the intruders went to the attic and failed to completely



clean the foam that fell down as the result of opening the attic windows door.

The second intruder wiped the memory card of my cameras.  The most recent illegal home

intrusion was on 02/26/2016.  on 02/26/2016, we left the house for a family lunch then a hunt for

new home.  Prior to leaving the house, I turned the TV and the Roku box off from the surge

protector and NOT with the remote controls.  In addition to that safety measure, I removed the

battery for the television remote control.  As we returned home, we found the television and the

Roku box were turned on and the television remote control has the batteries in place.  I did not

report to the police as Deputy Joshua Jones and his lieutenant previously treat to arrest me if I

file a new complaint. Those acts by the stalkers are done purposely to make me look like I am

crazy and schizophrenic.


**Canada Border Service Agency and Oversea Surveillance and Abuse**

I traveled to Quebec, Canada in October 2012 and was stopped at the airport for questioning. I

was angry and raised my frustration on the Immigration Officer as why he has to stop a US

citizen for questioning. He politely told me that " You are unemployed and your government

requested that we stop you for questioning...". I just lost my job a week ago.  How does the

Canadian immigration Officer know that?

I started traveling to Cote d'Ivoire(My native country) since 2011 to prepare for a political

career. The U.S. government sent spies and hired private detectives as perpetrator to investigate

all my activities and help to counter any project I am engaged in. No project was deemed illegal.

The goals of the government agents are to destroy me financially and prevent the

accomplishment of any project. For example, I have a 7 acres land in Florida that I placed in the

market several times to sell.  The perpetrators bully the real estate agents not to sell my property.

Their goal is to make me financially weak to the point I can't seek lawyer to take my case.  If I

list the property myself then the perpetrator remove the sign.  Several times my credit and debit

cards were declined for no reason. During my last trip in 2014 to Cote d'Ivoire, one of the U.S

Government agent/contact told several

friends and family members that I was HIV Positive. Disease that I am not aware myself as of

today, and laboratory data from Quest Diagnostics are negative on 2 different tests.  Exhibits 51

and 52 Quest Diagnostic Laboratory Report.  Similar claim was spread at my last job at Vibra

Hospital in Richmond, Virginia.

## Causes of Action

## First Cause of Action: Negligence and Failure to Investigate my complaints

## by the Federal Bureau of Investigation and the Florida Polk County Sheriff Office:

Please, find attached previous complaints I made that still remain unanswered.  **Exhibits 3, 4**

**and 5,**.  My complaints started with the FBI in 2010 with a FOIA request following an illegal

home intrusion.  I filed complaint with the Stafford Police in Stafford, Virginia in 2011.  I also

contacted the local police in Polk County, Florida.  The first deputy who took my complaints in

writing was Deputy Hill.  There was no investigation of my complaints that was initiated by Polk

County Sheriff Office.  As I was pressuring Polk County Sheriff Office, several deputies came to

my house to take another report.  Among them, there was Deputy H. Frometa #6899.  Each one

of the deputies referred me to federal law enforcement - FBI and DEA.  I called several time The

FBI local Office in Tampa, FL, and they hang up on me and  told me I can't prove anything.  See

**Exhibit 6** for recorded telephone conversation of the calls.  Law enforcement should protect us

but not taking our freedom and intimidate us.

## Second Cause of Action: Health Injury by Direct Electronic Weapon (DEW),

### Microwave and Electromagnetic Frequency Radiation

The United States is built on a strong Democracy and Freedom of speech, religion and political views. Unfortunately not everybody benefits from this freedom. Some of the citizens are oppressed, intimidated and abused of any type for the expression of their first amendment right. Unfortunately, my family has been in this category of the oppressed ones. In another word, my family is subjected and continue to be so to constant electromagnetic radiation. I am under an illegal surveillance and subject to a non consensual experimentation created by the US military and widely used by the US intelligence Agencies (NSA, CIA, FBI, Military intelligence or any unknown intelligence agency). Since 2006, I have been victimized by Direct Energy Weapon (DEW) attacks, covert surveillance, organized stalking and orchestrated harassment committed by one of the above intelligence agencies perpetrators. The Direct Energy Weapon (DEW) attacks are similar to a taser shock or electroshock. I do not know the reason I was selected for this non consensual experimentation. It seems that their major goal is to discredit me and prevent me for any career advancement. Here is a detail of how the DEW attack occurs.



On around late June 2015, I noticed large amount of electromagnetic radiation inside and around the house. Some toxic chemicals were sprayed around the house at 1505 Eloise Court, Kissimmee (Polk County), FL The chemical killed the grass leaving a square

shape all around the house. Wherever the chemical was applied, the area was damaged.  The

toxic chemical eroded the patio cement in the backyard. I called the Polk County (Florida)

Sheriff office and a deputy was dispatched to my house. The deputy who arrived treated to send

me to a mental institution if I call them again.  Some of the radiations are sent through neighbor

residences, Drones or Helicopters fly above my head while walking in the neighborhood and zap

me with Electromagnetic Frequency Radiation.  The EMF and Microwave devices are portable

and look similar to figure 1 and 2 below. **Figure 1 EMF Generator**.



**Figure 2.  Microwave Generator**



The mobile version of the EMF generators look like a Tablet and are much more difficult to distinguish from a smartphone tablet. it can be carried in a purse or a school bag. There are more sophisticated that the EMF device above. See Below Fig. 3. Newer EMF Generator they placed in a location I go very often.



All I asked the Polk county Sheriff office is to interview the five (5) neighboring houses around mine regarding my complaints, and if the neighbor gives them access to the house then the sheriff staff should look for devices similar to those in figure 1 to 3.

Despite my complaints, the FBI is doing nothing and refuse to address my concerns as illustrated in my most recent telephone conversation (11/04/2015) with my

Local FBI office in Tampa, FL.  Recorded telephone conversation are available in the enclosed DVD as **Exhibit 36**.

On Friday July 10th, 2015, I called Polk County Sherif Office to report a strong electromagnetic (Microwaves and Radio waves) waves being directed to my house. The electromagnetic waves are in the form of microwaves and radio waves. Deputy Hill was dispatched to my house and took a report. He spoke to my wife to confirm my claim. During the course of the day, we can hear some diffuse noise randomly at the corner of the rooms. The sound is like "CLICK" or "CLACK" or a combination of both (overnight noise recorded is available as evidence). The sound does not have a specific time pattern. It occurs randomly during the day and more frequently at night and early in the morning follow by a neighbor making some noise with a land-mower, somebody ridding a loud motorcycle back and forth or car blowing horn. In some other occasions, I heard garage door opening or people talking, but upon arrival at the site, everything looks normal. It seems that the house is haunted. We have noticed similar events at five different houses we occupied in two different states - Virginia and Florida. Two of the five houses were custom built by us, so the assumption of house being haunted is not probable. We have been a target of this horrible electronic weapons. This is not science fiction, but it is happening here in the United States. In response to my complaints and being aware of this covert operation, they modified the timing of the electrostatic noise. The noise appear now softer but more damaging to my health. The Direct Energy Weapon (DEW) attacks occur now  more often after 7:00am where my wife and my son are respectively at work and school. I saved few recordings of the electrostatic noises.

Based on the extensive resources that are utilized for this covert operation, it is logical to affirm with 95% confidence limit that the US government is involved in this operation. Perhaps the white house may not be aware of this crime, but I am sure one or more of the intelligence agencies are aware of the crime.

According to Deputy Hill of Polk County (Florida) Sheriff office, a detective will come to my house in 2 to 3 days to start an investigation. It has been more that than several months since I reported the incident to police, but there has been no detective here to start an investigation. I called the sheriff office several times to inquire about the investigation, they kept transferring me from office to office and telling me that Deputy Hill will call me back. A little bit after 4 weeks since the date of the incident, I called again and informed the deputy on the phone that I will file a lawsuit against Polk County for failing to address my issue. It was after this treat that Lieutenant Rozinsky called me and referred the case to one of his detectives who just told me he has nothing to do with EMF radiation. The case remains unsolved at this point. I also contacted Polk County Building Code Inspector on October 2nd, October 5th and October 20th, 2015. As of today April 6, 2016, no one has shown up for detecting the source of the EMF.

Device emitting ElectroMagnetic Frequency (EMF) waves (Radio waves, Microwaves, Electric current, ....) was secretly installed in this house (1505 Eloise Ct., Kissimmee, FL 34759) without my knowledge. This device sends EMF waves to my body at night and causes enormous chock and pain. On Sunday November 1st, 2015 at exactly 6:00 am, an electric chock hit my body and causes my heart to beat faster. This happens frequently. Sometime the beam wave is purposely directed to my stomach and at other

time the beam is sent to my head causing extreme headache and earache. Effort to have the house inspected have failed as a government agent is behind this torture and murder attempt. The government agents prevent inspector to come to my house for Electromagnetic radiation investigation. Even private electric inspectors do not honored their appointment including the landlord. Letter I sent to the landlord regarding EMF in the house and action to take in order to eliminate the issue, was opened at the Post Office, delayed in delivering and when the letter arrived at destination, the FBI or DEA told my landlord to avoid signing to further delay it again. This is things that have become a pattern of this covert operation.  See Exhibit 63 showing all the discrepancies. This is a covert operation in an attempt to kill me by a federal law enforcement officer. For the past 10 years my family has been subjected to these electronic weapons and we are suffering of the following symptoms:

• Nervousness and Irritability

• Sensibility to sound and ringing in the ear and earaches

• Night sweats, body heat - The electromagnetic microwaves heat the master bedroom by 3 to 6 degrees higher than the living room. This is a pattern we noticed in all previous houses we lived in. It seems that one of their EMF emitting device is in the attic above the master bedroom.

• Loss of sleep

• Loss of hairs - Our hairs are falling as seen in the shower

• My wife had at least 30 miscarriages between 2002 and 2011. Around mid 2012, she was no longer able to get pregnant.

• Frequent urination among all family members included my 16 year old son. The

frequency of urination does not correlate with my laboratory results. In another

word, laboratory data are within normal limits.  Several radiation beams are sent daily and

mostly at night to my stomach and head causing acute kidney failure and severe headaches.

• Uncontrolled tear in eyes and decrease in eye vision. At night as I recall, they send

wave beams to my eyes in an attempt to make me blind. My wife is

more affected by loss in vision.

• Headaches even my 16 year old son complains of frequent headaches.

• Loss of weight and Weight gain at other time.

• Stomach bubbling - Anybody who lives in this house is subject to radiation and will have

stomach bubbling at some point.  This includes my mother who is visiting for few months.

• Vivid dreams

• increase heart rate and high blood pressure.

Limbs jerk occasional at night. Today November 10, 2015 at around 6:20 am while I was

sleeping I perceived an electric chock that sent my whole body into tremor and suddenly woke

me up.

The Electromagnetic frequency waves projected in this house and previous houses are so strong

that the television set freezes, goes blurred and the sound turn off as seen in fig. 5 below.



Anyone who stands in the way of the EMF waves begin to have headache and racing heart rate. The extent of the lengthy EMF exposure has contributed to the development my diabetes. Diabetes is not a disorder in my family. EMF installed in all my previously purchased and rented homes is the major contributor to my diabetes. Similarly the decrease in vision my wife and I are experiencing is the result of lengthy exposure to EMF.

I am calling on congress and DOJ to investigate this issue. As several people are complaining of this electronic harassment and covert operation by the US Defense Intelligences and law agencies. This is happening all around the country, and I am including these reports in Exhibit 64 published on the internet at **www.projectcensored.org**.  There is an enormous evidence that the weapons transmit extra low frequency signals that connect to human neural frequencies thus creating sounds and "voices in the head".  This effect mimics the classic clinical symptoms of schizophrenia and in other case the symptoms of panic attack.  This technique is used to make believe that I have a mental disorder, and the judge or justice department should discredit my complaints.

As I am revising this complain on April 3rd, 2016, the electronic attacks have grown exponentially.  It seems that they use satellite to achieve their goal.  They use microwaves generator radiation to attack my vital organs i.e. liver, kidney, eyes, ears, head and my heart.  I am including a picture of a Microwave generator in Exhibit 65.  Their objective is to kill me and make my death looks natural by attempting to cause heart attack.  The do not want these new evidences to be presented in court.  I am including a video of my blood pressure following a series electronic weapon attacks on Exhibits 66 and 67.



**Video and Picture of Exhibits 66 (Video in DVD) and 67**

I am being constantly electromagnetically radiated including inside my car or any car I rented.

Using the K-II EMF Meter, I am able to record the Electromagnetic Frequencies (EMF)

that is being generated in my car. On the first couple on the rental car everything seems normal,

but after several hours or the next day of the car rental, I start feeling the effect of EMF. It seems

that the attackers contact the rental car company to obtain the VIN number, the make and model

of the car so that they can access the electronic system of the car and continue their covert

operation. I have recorded the emission of EMF in my car on several occasions, and this is

illustrated in **Exhibits Video 68 and 69 (located in enclosed DVD)**. On march 28th to march

31st 2016, I had a temporary assignment for overnight shifts at Target Store numbers 0811, 1273

and 2445. This temporary assignment was for the conversion of Target Pharmacies to CVS

Pharmacies. During my night shifts, they entered my car and sprayed some toxic chemical in my

car. As I breath in that chemical, my heart beats faster similar to those symptoms of panic attack

and chest pain. At the same time, I feel the burn on my skin and other organs - Liver, Kidney

and stomach burn.

## <u>Scientific Evidences Demonstrate the presence of Electromagnetic radiation in my house</u>

Using a Spectrum Analyzer, I was able to demonstrate the presence of waves in the house.  The graphs in **Exhibits 70, 71, 72 and 73** are the result of the home sweep.  Here are the frequencies generated in one of the home sweep using Instrustar Spectrum Analyzer Model ISDS205C and HP 8566A/B High Performance Spectrum Analyzer capable of sweeping from 100 Hz to 22 GHz in Figures 6 and 7 respectively below:

Fig. 6



Fig. 7



The use of electronic weapons as means of ElectroMagnetic Frequency(EMF) to kill US citizens is not part of the constitution; hence it is illegal. After browsing the internet for several months it seems that millions of people are affected by this electronic torture.  See Exhibit 64.  Some of them are not aware of what is happening to their life or who is behind that.  But giving the extent of the abuse and the tools that are utilized, one can conclude that a Big Government Agency is behind this massive torture and civil right violation.

## Lander's, Frary & Clark  CDV 715 Geiger Counter Radiation Meter

Using the Geiger Counter Professional Radiation Meter to monitor radiation level in my house, I discovered that the house is being radiated 24 hours and 7 days.  The minimum radiation measured was 10 rad/hour.  It has gone as **high as 500+ rad/hour** as shown in the picture below

and in Exhibits 75 to 77A. Microwave being generated on me at any location but mostly in my

house.



The perpetrators attack with microwave radiation frequently that on Sunday May 8th to Monday

May 9th, they burn my head in an attempt to trigger stroke.  See evidence photo below.



# Infrasound Attack

Recently, the perpetrators modify their attack slightly and decided to incorporate infrasound in their operation. This started several weeks ago, but I decide to record it and use as evidence of of yesterday, May 18, 2016. My Mother was present during the attack. First, my two (2) mobile Spectrum Analyzers and the oscilloscope start generating signals and waves respectively. The frequencies were so low that no one was hearing anything. See below the result of the oscilloscope in Fig. 7 and 8.

**Figures 7 and 8: Waves Captured on 5/18/2016 at 1505 Eloise Ct, Kissimmee, FL 34759**

Fig. 7



Fig. 8



A couple minutes later, the sound became more apparent detectable, and the oscilloscope recorded the following in Fig. 9 below.



By transferring the oscilloscope data to the spectrum analyzers, I got the following graphs below in figure 9.

The low frequency **16.6 Hz** displayed is more likely the low frequency infrasound that was not detectable by human hearing. Infrasound, sometimes referred to as low-frequency sound, is sound that is lower in frequency than 20 Hz (Hertz) or cycles per second, the "normal" limit of human hearing[1]. Hearing becomes gradually less sensitive as frequency decreases, so for humans to perceive infrasound, the sound pressure must be sufficiently high. The ear is the primary organ for sensing infrasound, but at higher intensities it is possible to feel infrasound

---

[1] Wired Article, The Sound of Silence (http://www.wired.com/wired/archive/14.12/silence.html) by John Garland 2006. Last accessed May 19, 2016.

vibrations in various parts of the body[2]. That is the perpetrator goal, to destroy my vital organs to cause disability and make this complaint unavailable to the court and the public.

The next two(2) graphs show the higher frequency of the infrasound that was hearable at 50 Hz and 47 Hz. 50 Hz and 47 Hz are practically the same. The difference is due to device calibration. These are shown in Figure 10 and 11.



---

[2] https://en.wikipedia.org/wiki/infrasound  Last accessed May 19, 2016

Figure 11



## Covert Operation

One of the intelligence agencies has blacklisted me and placed me under illegal surveillance. As far as I know I did not break any laws, otherwise I would have been incarcerated by now. So why am I the subject of this illegal operation?

The answer to this question dates back in the early 1950s project MK-ULTRA implemented by the CIA. The CIA has been involved in developing MK-ULTRA, a sophisticated mind control program. Thanks to a virtual media blackout on this crime, very few people are aware of these disturbing programs. On June 16, 2005 Joe Holley, a Washington Post Staff Writer published an

article describing the illegal covert operation (MK-ULTRA) in the Washington Post on page B08. In the 1970's the CIA was ordered by congress to cease mind control and electronic experiments, but the experiments still continued. And now, 46 years later, the technologies have been perfected with the development of portable EMF devices. Any surveillance that is within the guideline of the law is indeed legal, but this secret operation that Federal Law agencies are operating is illegal. The perpetrators of this covert operation lied the pharmacies staff where I work that I am a drug dealer, an addict and a thief. As a result of this warning, all pharmacies I worked picked up the trash randomly during the day and take it to undisclosed location. This is a pattern behavior I noticed for the past 12 years at any pharmacy location. Those perpetrators are being lied to in regard to me or any targeted individuals. For the past 16 years, I worked at several pharmacies full time with one company and part time with another one. I worked at the following Pharmacies Full time: Rite Aid (7 Years), CVS (2 years), Vibra Hospital of Richmond (6 Months) and Part time at the followings: RPH On The Go (7 Years) including Target Pharmacy, Giant Pharmacy and Pharmacy Research Network (PRN) for 3 Years. All these pharmacies have at least 5 to 6 Security cameras per 300 square Foot. None of these companies reported a mishandling of Narcotic drug, so why the FBI and DEA are spreading this false claim to my supervisors and technicians. I want the FBI and DEA to provide evidence of their claims. As I retaliate against these false claims, the perpetrators are spreading another claim to my employers and Family members and Friends that I am HIV positive. Any STD test including HIV I took came up to be NEGATIVE. Please find attached my Medical Record in Exhibits 51 and 52. If the FBI and DEA's claim of HIV is true then Quest Diagnostics Laboratory must be falsifying the result and must also be investigated for crime and medical malpractice.

I previously filed a tort claim to give a chance to the DOJ and OIG to investigate my claims as well as millions of Americans who are subject of this EMF mind control. The purpose of the tort claim was to investigate the FBI and DEA and find out the Agents behind this massive Civil Right violation, abuse and Electronic torture with intent to kill. Yes with Intent to kill. The US Defense, intelligence agencies or the Bureau of investigations are **NOT** investigating any crimes or law I violated. Presently their goal is to use electromagnetic frequencies (EMF) and microwaves to trigger heart attack so that it can look like I die of natural causes. As of today, the electronic torture continues. Some of their EMF emitting radiations may be located in neighbors house and underground near my backyard, through satellites or portable devices that individuals carry and follow me. On the road, they send 5 to 12 cars on my way to intimidate me and zap me too. I notice that most of their EMF emitting devices are various forms of smartphones, may be they have special applications (APPs) in those smartphones. These perpetrators also manufacture traffic jam on the road an zap me from any angle even within my car as seem in Exhibits 68 and 69 with the EMF meter. And when this is not enough, five(5) to ten (10) cars on the opposite traffic blows their high beam light on me, one at a time. Not only they zap me on the road, they also zap me with their mobile radiation device at the library. They also spray toxic chemicals on my pathway. See Exhibits 82 and 83(Video located in enclosed) DVD where I caught one of their perpetrator in action. Eighty (80%) percent of the people they send for the assassination or the zapping are strange looking individuals. They look like they have spent most of their life in jail or are from the lowest part of a ghetto. In another word, they are low life individuals that the federal law or intelligence agency ordered to commit these massive crimes. The remaining of the 20% is a mix of retired or ex-military, navy or marine individuals.

Complaints I made to local police are enormous. Please find attached the most recent in

Exhibit 53. The FBI and DEA track my car and cell phone 24 hours a day. They place

intercept cars along my routine pathway and send private detectives, spies, and law

enforcement officers to follow me 24 hours and 7 days. Please, find attached a list of a couple of

these agents and their vehicles in Exhibit 54, 55, 56, 57, 58 and 59. This is just few of

the hundred of my record of evidence of being under surveillance I have. This is a

surveillance with the intent to destroy and kill me. This is not a surveillance for crime offenders.

They are looking for something to arrest me.  They even send women and under age girls to

seduce me, but I stay away for all these temptations.  This abusing surveillance of the

federal law enforcement has no justiciable merit on a non violent citizen. This brutal and

excessive human right violation have destroyed me financially, humiliated me, caused

stress and are the leading source of my cardiovascular and endocrine diseases.


## Third Cause of Action: Civil Right Violation:


### a. Cyber Harassment Including Job Search Interference

My home network is always hacked and internet traffic rerouted elsewhere regardless of

internet provider. In most cases, my router or personal computer Domaine Name System

(DNS) are hijacked and network traffics are being monitored.  Complaints made to each

on of the Internet providers (Bright House Network, Comcast, Verizon Network) were

ignored including complaints filed with the FCC.  Job search is no different. Accessing

job sites in my home network is practically impossible or internet traffic speed is

considerably reduced – **See Exhibits 7, 8, 9, 10.**

Here is the is the Internet Disruption with Bright House Network :

I ordered Bright House Internet and cable television and the service was installed on October 7th, 2014. The internet and cable television were tested by the technician, and everything was working as expected. Four hours later, the internet stops working and this was the beginning of the internet malfunction. I contacted Bright House Networks immediately for Technical support. See Telephone transcripts **Exhibits 11 & 12**. The Technician did something on his end and fixed the issue.

On the next day (10-08-2015) and 10-09-2015, The internet was down again and I was not able to access the internet for job search. See **Exhibits 13 to 14** for telephone transcripts.

For the months ahead, in addition to the internet frequent outages, I was unable to access my popular job sites i.e employflorida.com, monster.com, ziprecruiter.com, Jobserve.com and so on... Job sites were completely blocked, and it seems that I was targeted. See **Exhibits 15 and 16**. I called Bright House Networks to complain and seek technical support. After several complaints, the system came back to normal for a day or two. After the second day, the problems emerged again. At one time, the technician told me that the modem was defective so they replaced it, but the internet downtime re-emerged again. I went and bought a new 340 Mbps Modem (NetGear CM 400 High Speed Cable modem), but that did not fix the problem.

Despite many complaints I addressed to Bright House Networks, my internet issue did not improve and seems to get worse - **Exhibits 15, 16 and 17**. I performed some

random Network Analysis on January 30th 2015 and found that Bright House Network

Agent was inside my modem and I did not know the reason - **Exhibits 18 and 19**.

In some occasions, as I click on a particular job online, I receive the following message

"**NOT FOR YOU**" - **Exhibit 20**. This happens on any day, anytime and for any job

sites as I am being prevented for finding a job.

In addition to telephone transcripts and images, I also include video footages

showing that my internet with Bright House Networks internet was constantly

disrupted - **Exhibits 21, 22, 23, 24, 25, 26 and 27** (See Video Folder in enclosed

DVD).

To summarize this section, Bright House Network under the guidelines of a

Federal Law enforcement or an Intelligence Agency intentionally blocked or disrupted

my access to internet for job search as well as other normal daily internet use. This

online job search and internet disruption in cooperation with the FBI or DEA with the

use of Electronic Torture have caused me some emotional distress and contribute the

development of Cardio Vascular Disease - Most recent Medical Record attached in

Exhibit 62. Bright House Networks gave access to the FBI/DEA to manage the flow of

my internet traffic as to job search and other sensitive browsing activities. In many

circumstances, Bright House Networks sends forged "reset packets" telling the

employer server to stop sending data. This is illustrated on **Exhibits 20, 21(video file in**

**DVD), and 24(Video file in DVD)**. Bright House's action upon the FBI or DEA order

had delayed my quest for employment. I have been aggrieved by the frequent outages

and long waits for live operators. This is a breach of contract, fraud and deceit on

behalf of Bright House and civil right violation by the FBI or DEA.

### b. Mishandling of my Mails

The USPS has been mishandling my mails since 2009 and despite several complaints I made either in person at the post office or at the distribution center, the abuse continues. This abuse has caused me some emotional distress, anxiety, sleep disorder and consequently development of high blood pressure. The abusing Federal Law or Intelligence Agency ordered the United States Postal Service (USPS) to mishandle my mails. My online and off line purchases are monitored as well as my internet traffics. I sent several FOIA requests to these US government agencies, but the requests led to no investigation.

My regular mails are held at the post office and delayed for several days in delivery. Packages I ordered and requested that they be shipped through UPS and FEDEX are also routed to the Post Office prior to delivery. Some of those mails were never delivered as well as mails from the Universite of Montreal. For example my electric bill of May was not delivered and resulted in disconnection. Also, my packages shipped from UPS and FEDEX are sent to the USPS before delivery. My complaint calls were ignored and I remained defenseless against the government. Some of these mails have documents with deadline I have to respond. Unfortunately, I missed those deadlines in most cases. For example, **Exhibits 28 and 29** show document I mailed to the Universite de Montreal in Quebec, Canada. The certified mail was held in New York for several days causing me to miss the deadline.

In another instance, certified mails I sent on 09/17/2014 and 09/19/2014 to the

Department of Justice and The White House respectively were delayed by at least 30

days. See **Exhibits 30 and 31** respectively for the United States Department of Justice

(USDOJ) and The White House. I contacted the USDOJ and The White House and I was

told that they never received my certify mails. Should the DOJ have received those

mails, they would respond within 30 days as per their policy. The certified mails were to

report complaints of electronic torture, civil right violation and torture abuse by a

Department of Justice agency. The non delivery of mails results in continuity of

electronic torture and abuse and subsequently leading to stress, anxiety, sleep disturbance

and development of High Blood Pressure diagnosed on 11/17/2014 at Poinciana Medical

Center and confirmed at Poinciana Medical Center on 11/21/2014. Prior that my only

medical condition was Diabetic. Please find attached medical records - **Exhibits 32 and

33.**

Lately, I filled 2 complaints against Verizon Network and T-Mobile with the FCC. The

FCC sent me emails about resolution and Verizon Network and T-Mobile should send

me a letter regarding the resolution. Until today, I have not received these mails. See

**Exhibits 34 and 35**. The United States Postal Service never delivers these mails.

## Conclusion

Evidences I presented are true facts supported by scientific data using instruments like KII EMF Meter, Electromagnetic Radiation Detector Model DT-1130, Instrustar Oscilloscope and Spectrum Analyzer Model ISDS205C, Audio Spectrum Analyzer by Black Cat System Inc., I-Spectrum for Mac and HP Spectrum Analyzers Models 8566A and 8566B 100hz - 2.5 Ghz/ 2Ghz - 22Ghz. These testing instruments recorded strong signals at peak frequencies 12.5 Hz, 16 Hz, 20Hz, 38 Hz, 189 Hz, 225 Hz and 283 Hz. The frequency range of the signals were 35Hz to 3 Ghz. The lower frequency signals are evidence that they were generated from a distance ranging from 100 miles to over 2000 miles. The only device capable of high range signal transmission is via satellite, and only governments and Large corporations may own satellite. The higher frequencies signals emission occur at short distance ranging from 50 ft to 1000 ft. This means that some of the EMF emitting signals were generated from my house, cars parked near my house and neighboring houses. Federal law enforcement agents may have installed EMF devices in all the house we occupied from 2003 to now for the purpose of surveillance. That surveillance become illegal as they are using those tools to harm my family and myself. Some of the high frequencies recorded by the spectrum Analyzers showed the source of the data at a distance of 50 to 300 ft. That was the reason I asked polk county sheriff deputies to start their investigation by interviewing the neighbor. My request was ignored, an I was left with continuous abuse. Similarly, when I contacted the local FBI office as

well as the main office in Washington DC they did nothing either. Certainly the FBI knows the author of this massive crime.

I am requesting that the judge or the US congress order an internal investigation with the Federal Law and the Intelligence agencies. Hundred of thousand if not millions of americans are the subject of this illegal surveillance, direct energy weapon stalking, electronic torture and intimidation. Several thousand citizens are being mis-diagnosed as having mental disorders such as Schizophrenia or Major depressive disorder. As evidenced by the spectrum analyzers, most of their operations are delivered via satellite. The technique used is so advanced and not available to the public or other countries. For example, one of their tools they applied on me very often is what I call "The Seism Band" as it mimics an earthquake. Whenever the Seism band is used, the bed, chair or car will start vibrating or trembling similar to a real earthquake. While a real earthquake is distributed over mile radius, this faux earthquake is focalized and localized only where I am located. It does not extend behind couple foot from my physical location. It makes all body parts vibrate as well as one's surround. This is scarring and amazing technology. They use this tool to wake me up and prevent me from sleeping or make me move away. Sometime, I sleep in my car several miles (around 60 to 100 miles) away from my house. At around 3:30 AM, they activate the Seism Band on me, and I observe my car vibrating similar to previously occurred at home in my bed.

Another signal they use on me is the Microwave Burn Signal Band. This signal band is used nearly daily to burn my skin. This happens frequently. On the night of

April 11, 2016, they burnt me so hard that my skin was irritated and warm. my right ear was also subjected to the microwave heat attack.

Giving the extent of the advanced technology tools that are used for this covert operation, the list of victims shown in Exhibit 64, the credit card and bank stalking, the illegal surveillance, the negligence of the local police to protect me as well as other victims, the dehumanization of myself, one can definitely one can definitely conclude with 100% confidence limit that one or more Federal law enforcement and Intelligence agencies are responsible for these attacks. Despite the enormous amount of chemicals, electromagnetic wave and radiation, my medical Laboratory results are within normal limits. I suspect that the federal law enforcement or an intelligence agency has access to Quest diagnostics Inc. laboratory database and tempered the results or a Quest Diagnostic employee works with the U.S. Federal agency or intelligence agency to temper the Laboratory results. Some of my labs are still being sent to Chantilly, Virginia for analysis while I now live in Florida, and all the blood drawn were in Kissimmee, FL. Something does not sounds right and need further investigation. What is going on in this country? Ms. Eleanor White wrote "….may be we are witnessing the onset of a global dictatorship where the end justifies the means ….". This is a very costly venture. Due to the technology and resources at play here, it takes a government or an intelligence agency to undertake and sustain an operation of such magnitude.

**My Final Though**

The part that is troubling is that these federal law and intelligence agencies are

supposed to protect our country but not attacking its citizens. This massive covert operation is happening to innocent hard working US citizens and can happen to you. As you read this and are about to make the decision to dismiss or proceed this case, answer this question. **How safe does this make you feel?**

I am including a Video testimony of NSA whistle blower Mrs Karen Stewart to serve as supplement evidence of my complaints in **Exhibit 84** (Video file in enclosed DVD).

## Relief

I am seeking judgment against the Intelligence Community and each of its following agencies CIA, DI, NSA, FBI and DEA for leading this covert operation. I am also seeking judgment against the US Congress for authorizing this secret harmful operation that disabling and killing americans. The judgment is monetary for the amount of $30,000.000.00. The money judgment is for the continuous harms that I am being inflicted on a daily base including physical and mental pain, cardiovascular disorder, endocrine disease, vision, emotional distress and any other harms according to proof. I am not against surveillance, but I am against illegal surveillance.

Dr. Die K. Blaise. MS, Pharm.D
1505 Eloise Ct.
Kissimmee, FL 34759
Cell. 407-785-7807

Dated: 06/24/2016

Attachments:

1. Exhibits containing 129 pages
2. One (1) DVD containing Exhibits in Audio and Video
3. Application to proceed "in forma pauperis" including supporting documents