UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIE K. BLAISE,**

      **Plaintiff,**

v.                                                                  Case No:  6:16-cv-1124-Orl-41TBS

**CENTRAL INTELLIGENCE AGENCY (CIA), DEFENSE INTELLIGENCE AGENCY (DIA), NATIONAL SECURITY AGENCY (NSA), FEDERAL BUREAU OF INVESTIGATION (FBI), DRUG ENFORCEMENT AGENCY (DEA), RICHARD BURR and PAUL D. RYAN,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* (Doc. 13). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation ("R&R," Doc. 14), in which he recommends that the motion be denied. Plaintiff filed an Objection (Doc. 15).

After a *de novo* review of the record, the Court agrees with the analysis in the R&R. Plaintiff's objections are without merit. A motion for leave to appeal *in forma pauperis* is properly filed first with the district court, not the appellate court. Additionally, Plaintiff's Objection fails to address or correct the numerous deficiencies this Court has found in his Amended Complaint (Doc. 6) or assert a non-frivolous legal basis for appeal from this Court's orders. Therefore, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* (Doc. 13) is **DENIED**.

3. It is hereby **CERTIFIED** that Plaintiff's appeal is not taken in good faith.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party